**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marilyn Mausser, | ) Case No. 2:10-cv-01624-JWS |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| Global Credit & Collection Corporation, | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 11th day of March, 2011.

By: s/Marshall Meyers
Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**

Filed electronically on this 11th day of March, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 11th day of March, 2011 to:

Ms. Cynthia L. Fulton, Esq.
Fulton, Friedman & Gullace, LLP
2345 E. Thomas Rd., Ste. 460
Phoenix AZ 85016

By: s/Jessica DeCandia
      Jessica DeCandia